Exhibit 5

**Knobbe Martens Olson & Bear LLP**

Intellectual Property Law

3403 Tenth Street
Suite 700
Riverside CA 92501
Tel 951-781-9231
Fax 951-781-4507
www.kmob.com

Michael H. Trenholm

April 15, 2010
VIA EMAIL AND U.S. MAIL

Richard T. Ogawa Esq.
313 Bryant Ct.
Palo Alto, CA 94301

Re:  U.S. Patent No. 7,626,979
     Huddleston Deluxe Inc. – BaitSmith LLC
     Our Ref: BAITSM.001PIP

Dear Mr. Ogawa:

In furtherance to my letter to you dated March 23, 2010, we have completed our analysis of the '979 patent and have discussed this matter more fully with BaitSmith. BaitSmith believes that there are numerous lures that have been on the market for years that incorporate the subject matter of the claims '979 patent and believes that the '979 patent may, in fact, not be valid or enforceable.

Nonetheless, BaitSmith intends to modify its design to ensure that its future products are not within the scope of the claims of the '979 patent. These changes include, among other things, using something other than a polymer foamed weighted portion which appears to be required in all of the claims of the '979 patent.

BaitSmith has sold very few of their products since the issuance of the '979 patent and believes that their willingness to change their design should be ample compensation for your client. As such, BaitSmith views this matter as closed.

Best regards,

Mike Trenholm

cc: Mitchell Morris

8880078
041310

Orange County      San Diego          San Francisco      Los Angeles        Seattle             Washington, DC
949-760-0404       619-235-8550       415-954-4114       310-551-3450       206-405-2000        202-640-6400