United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUDDLESTON DELUXE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIC SMITH, <br><br> Defendant. | Case No.  5:16-cv-01546-HRL <br><br> **ORDER RE REVISED PROPOSED SCHEDULE** |

At the June 28, 2016 initial case management conference, the parties stated their desire to meet-and-confer and to submit a revised proposed case schedule.  The parties shall submit their revised proposal by July 12, 2016.

SO ORDERED.

Dated:   July 6, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-01546-HRL Notice has been electronically mailed to:

Anne Marie Rogaski     annie@hiplegal.com

Kimberly Ann Donovan     kdonovan@gcalaw.com, jjohnson@gcalaw.com, ternst@gcalaw.com

Quinn J. Chevalier     chevalier@chevalierlawfirm.com