KIMBERLY A. DONOVAN (SBN 160729)
kdonovan@gcalaw.com
VALERIE M. WAGNER (SBN 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real
Mountain View, CA 94040, Suite 510
Tel:  650-428-3900
Fax:  650-428-3901

Attorneys for Plaintiff
HUDDLESTON DELUXE, INC.


QUINN J. CHEVALIER (SBN 255934)
chevalier@chevalierlawfirm.com
THE CHEVALIER LAW FIRM
2351 Sunset Blvd., Suite 170-317
Rocklin, CA  95765
Tel. (916) 741-3022

Attorneys for Defendant
Eric Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUDDLESTON DELUXE, INC., a Nevada Corporation,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>ERIC SMITH, as an individual and dba SMITH BAITS LLC and dba BAITSMITH LLC,<br><br>　　　　Defendant. | Case No. 5:16-cv-1546-HRL<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT AND [PROPOSED] CLAIM CONSTRUCTION ORDER**<br><br>Judge:  Magistrate Judge Lloyd<br><br>Re:  Dkt. 35 |

The parties have met and conferred and as a result of their meet and confer efforts, have agreed upon claim construction issues, as follows:

1. The parties agree that the term "polymer" shall be construed to mean a naturally occurring or synthetic chemical compound consisting of large molecules made up of a linked series of many repeated monomers, or small molecules.

2. The parties agree that the term "foam" shall be construed to mean a compound having many bubbles or voids filled with gas. The bubbles, or voids, may be linked to create continuous channels, constituting open cell foam, or each bubble or void may be entirely entrapped or surrounded by a solid compound, creating a closed cell foam.

3. The parties agree that all other terms in the patent shall be construed in accordance with their ordinary meaning.

As a result of these agreements, the parties agree that no terms require claim construction by the Court. The parties have included a [Proposed] Stipulated Claim Construction Order incorporating these constructions.

Dated:  December 30, 2016        GCA LAW PARTNERS LLP

                                 By:  */s/ Kimberly A. Donovan*
                                      KIMBERLY A. DONOVAN

                                 Attorneys for Plaintiff
                                 HUDDLESTON DELUXE, INC.

Dated:  December 30, 2016        THE CHEVALIER LAW FIRM

                                 By:  */s/ Quinn J. Chevalier*
                                      QUINN J. CHEVALIER

                                 Attorneys for Defendant
                                 Eric Smith

## [PROPOSED] STIPULATED CLAIM CONSTRUCTION ORDER

Based on the parties' agreements as set forth above, the Court hereby adopts a claim construction in this matter as follows:

1. The term "polymer" shall be construed to mean a naturally occurring or synthetic chemical compound consisting of large molecules made up of a linked series of many repeated monomers, or small molecules.

2. The term "foam" shall be construed to mean a compound having many bubbles or voids filled with gas. The bubbles, or voids, may be linked to create continuous channels, constituting open cell foam, or each bubble or void may be entirely entrapped or surrounded by a solid compound, creating a closed cell foam.

3. The parties agree that all other terms in the patent shall be construed in accordance with their ordinary meaning.

4. **The February 17, 2017 claim construction hearing is vacated.**

IT IS SO ORDERED.

Dated: _____January 4, 2017_____    _____
THE HONORABLE HAROLD J. LLOYD
MAGISTRATE JUDGE HOWARD R. LLOYD
UNITED STATES DISTRICT COURT